IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| POWER-ONE, INC. | § | |
| Plaintiff | § § § | |
| vs. | § § | CASE NO. 2:05-CV-463 |
| ARTESYN TECHNOLOGIES, INC. | § § § | PATENT CASE |
| Defendant | § | |

**ORDER REFERRING PRETRIAL PROCEEDINGS
TO MAGISTRATE JUDGE**

The following styled and numbered cause is **REFERRED** to United States Magistrate Judge John D. Love to conduct pretrial proceedings in accordance with 28 U.S.C. § 636.

**So ORDERED and SIGNED this 9th day of June, 2006.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**