IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| POWER-ONE, INC. | § § | |
| V. | § § | CIVIL ACTION NO. 2:05-CV-463 |
| ARTESYN TECHNOLOGIES, INC. | § § § | |

## VERDICT FORM

In answering these questions, you are to follow all of the instructions I have given you in the Charge of Court.

1. Did Power-One prove by a preponderance of the evidence that Artesyn literally infringed any of the asserted claims of the '999 or the '125 patent?

2. Did Power-One prove by a preponderance of the evidence that Artesyn infringed any of the asserted claims of the '999 or the '125 patent under the doctrine of equivalents?

These two questions correspond to the two numbered columns below. Answer "Yes" or "No" as to each claim in column 1.
For each claim, if you answered "Yes" in column 1, do not answer the corresponding column 2. If you answered "No" in column 1, answer "Yes" or "No" in the corresponding column 2.

| | 1<br>Literal Infringement | 2<br>Infringement Under Doctrine of Equivalents |
|---|---|---|
| **'999 Patent** | | |
| Claim 1: | NO | NO |
| Claim 2: | NO | NO |
| Claim 3: | NO | NO |
| Claim 4: | NO | NO |
| Claim 5: | NO | NO |
| Claim 8: | NO | NO |
| Claim 11: | NO | NO |
| Claim 21: | NO | NO |

| | | |
|---|---|---|
| Claim 23: | NO | NO |
| Claim 26: | NO | NO |
| Claim 27: | NO | NO |
| Claim 28: | NO | NO |
| Claim 34: | NO | NO |

**'125 Patent**

| | | |
|---|---|---|
| Claim 1: | Yes | |
| Claim 6: | Yes | |
| Claim 15: | Yes | |
| Claim 16: | Yes | |
| Claim 17: | Yes | |
| Claim 23: | Yes | |
| Claim 30: | Yes | |

3. Did Artesyn prove by clear and convincing evidence that the listed claims of the '999 or the '125 patent are invalid?

Answer "Yes" or "No":

**'999 Patent**

| | |
|---|---|
| Claim 1: | NO |
| Claim 2: | NO |
| Claim 3: | NO |
| Claim 4: | NO |
| Claim 5: | NO |
| Claim 8: | NO |
| Claim 11: | NO |
| Claim 21: | NO |
| Claim 23: | NO |

Claim 26:     NO

Claim 27:     NO

Claim 28:     NO

Claim 34:     NO

**'125 Patent**

Claim 1:     NO

Claim 6:     NO

Claim 15:     NO

Claim 16:     NO

Claim 17:     NO

Claim 23:     NO

Claim 30:     NO

If you answered "No" for all of the claims of the '999 patent in Questions 1 and 2 above, proceed to Question 5. If you answered "Yes" to one or more claims of the '999 patent in Questions 1 or 2, please proceed to the next question.

4. Did Power-One prove by clear and convincing evidence that Artesyn's infringement of the '999 patent, if any, was willful?

Answer "Yes" or "No":



If you answered "No" for all of the claims of the '125 patent in Questions 1 and 2 above, proceed to the end of this verdict form and sign and date where indicated. If you answered "Yes" to one or more claims of the '125 patent in Questions 1 or 2, please proceed to the next question.

5. Did Power-One prove by clear and convincing evidence that Artesyn's infringement of the '125 patent, if any, was willful?

Answer "Yes" or "No":

NO

3

Signed this 15th day of November, 2007: