UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| POWER-ONE, INC., | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 2:05-CV-463 (JDL) |
| ARTESYN TECHNOLOGIES, INC., | **JURY** |
| Defendant. | |

### POWER-ONE'S MOTION FOR JUDGMENT AS A MATTER OF LAW THAT ARTESYN FAILED TO PROVE THAT THE '916 AND '798 PATENTS ARE INVALID

Should the Court grant Artesyn's Motion for Judgment as a Matter of Law of No Infringement of the '798 and '916 Patents (D/E 287) over Power-One's objection, Power-One moves this Court to enter judgment as a matter of law that Artesyn failed to prove that U.S. Patent Nos. 7,049,798 and 6,949,916 are invalid over the prior art of record or on the basis of a lack of written description, enablement, or best mode.  In support of its motion, Power-One incorporates by reference its Opposition to Artesyn's Motion for Judgment as a Matter of Law of No Infringement of the '798 and '916 Patents (D/E 401).

Dated: December 22, 2007                                Respectfully submitted,

By: */s/ E. Glenn Thames, Jr.*
E. Glenn Thames, Jr.
State Bar No. 00785097
glennthames@potterminton.com
Michael E. Jones
State Bar No. 10929400
Mikejones@potterminton.com
POTTER MINTON
A Professional Corporation
500 Plaza Tower
110 North College Avenue
Tyler, TX 75702
(903) 597-8311 (Telephone)
(903) 593-0846 (Facsimile)

Alan D. Smith, BBO#629034
Steven R. Katz, BBO#642732
Whitney A. Fellberg, BBO#663599
Matthew J. Leary, BBO#666074
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
617-542-5070 (Telephone)
617-542-8906 (Facsimile)

Thomas M. Melsheimer
State Bar No. 13922550
M. Brett Johnson
State Bar No. 00790975
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
214-747-5070 (Telephone)
214-747-2091 (Facsimile)

Counsel for Plaintiff
POWER-ONE, INC.

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 22, 2007 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by first class mail.

                /s/ E. Glenn Thames, Jr.
                E. Glenn Thames, Jr.

21812262.doc